UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MATTHEW A. SMITH,

        Plaintiff,                                                        Case No. 2:14-CV-131

v.                                                                      HON. GORDON J. QUIST

UNITED PARCEL SERVICE,

        Defendant.
                                              /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (R & R) filed by the magistrate judge on July 1, 2014. The R & R was served on Plaintiff that same day, although it was returned as undeliverable. Accordingly, it appears that Plaintiff has not kept the Court apprised of his current address, as required by this Court's rules. *See* W.D. Mich. L. Cr. R. 41.1.

The R & R recommends that the Court dismiss Plaintiff's complaint as frivolous pursuant to 28 U.S.C. § 1915(e). No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed July 1, 2014 (dkt. # 6), is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED**.

This case is **concluded**.

Dated: July 25, 2014                                                         /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                                         UNITED STATES DISTRICT JUDGE